United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-4278EM

_____

United States of America,          *
                                   *
            Appellee,              *     Appeal from the United States
                                   *     District Court for the Eastern
    v.                             *     District of Missouri.
                                   *
Pablo M. Collins,                  *          [UNPUBLISHED]
                                   *
            Appellant.             *

_____

Submitted: January 21, 1998
Filed: February 3, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Pablo M. Collins appeals his convictions for possessing with intent to distribute cocaine base and carrying a firearm in relation to that drug-trafficking crime. Collins contends the district court committed error in admitting evidence of an earlier drug crime against a co-defendant and improperly instructed the jury on carrying a firearm in relation to a drug crime. Collins also contends the evidence is insufficient to support his convictions. A review of the record shows that Collins's claims are without merit. Because the appeal involves the straightforward application of settled principles of law, a discussion of the issues will serve no useful purpose. We thus affirm Collins's convictions without an extended opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.